IN THE SUPREME COURT OF THE STATE OF KANSAS

Certificate No. 5792

*In re* RICHARD EUGENE BLACKWELL voluntary surrender of his certificate to practice law in the State of Kansas

Opinion canceling certificate filed June 13, 1975.

*Per Curiam:* On June 3, 1975, Richard Eugene Blackwell voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Richard Eugene Blackwell's name from the roll of attorneys.